STATE OF CONNECTICUT *v.* AUGUSTUS J. SIMMONS

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 803, is dismissed.

*Augustus J. Simmons,* pro se, in support of the petition.

*Geoffrey E. Marion,* deputy assistant state's attorney, in opposition.

Decided April 29, 1988

STATE OF CONNECTICUT *v.* FLOYD SIMMS

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 1, is granted, limited to the following issue: "Did the Appellate Court correctly conclude that the transcript of Daniel Jones' *Alford* plea was admissible as a prior statement inconsistent with the trial testimony in this case?"

*Suzanne Zitser,* assistant public defender, in support of the petition.

*Leah Hawley,* deputy assistant state's attorney, in opposition.

Decided May 5, 1988

STATE OF CONNECTICUT *v.* MICHAEL WATKINS

The defendant's petition for certification for appeal from the Appellate Court, 14 Conn. App. 67, is denied.

*Peter A. Kelly,* in support of the petition.

*Judith A. Rossi,* deputy assistant state's attorney, in opposition.

Decided May 5, 1988